JPML FORM 1A                          DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 316 -- IN RE TELEDYNE TENDER OFFER SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 8/9/77 | 1 | MOTION, BRIEF, APPENDIX A, B, EXHIBITS 1,2,3,4,5,6,7, Affidavits of Singleton, Rinsch, Letts, Heitz, Schedule of Actions and Certificate of Service -- TELEDYNE, INC. and sixteen named individual defendants |
| | | Suggested Transferee Court:  C.D. California |
| | | Suggested Transferee Judge: |
| 8/15/77 | | Movants amended certificate of service |
| 8/19/77 | | APPEARANCES  WILLIAM A. MASTERSON, ESQ. FOR Henry E.Singleton, George Roberts, J. v. Jerome, T. G. Michos R. S. Bell, F. A. Kaufman, A. V. Holmlund R. L. Kiernan, T. A. Wilson, G. W. Rutherford, L. W. Killen, J. Spencer Letts, George Kozmetsky, Arthur Rock, C. E. Shannon and R. C. Jackson |
| | | KENNETH R. HEITZ, ESQUIRE for Teledyne, Inc. |
| | | XXXXXXXXXXXXXX JOEL W. WESTBROOK for Milton Kline |
| 8/26/77 | | REQUEST FOR EXTENSION -- COUNSEL for Plaintiff Milton Kline GRANTED TO ALL  - to and including September 16, 1977. |
| 8/26/77 | | REQUEST FOR EXTENSION -- Counsel for Plaintiff T.O. Yntema Previously granted to and including September 16, 1977. |
| 8/26/77 | | APPEARANCE -- MICHAEL T. MATERNA, ESQ. for T. O. YNTEMA |
| 9/16/77 | 2 | ANSWER TO DEFENDANT'S MOTION FOR TRANSFER -- Plaintiff T.O. Yntema w/cert. of svc. |
| 9/16/77 | 3 | OPPOSITION TO MOTION FOR TRANSFER -- Respondent Kline w/cert. of svc. |
| 9/19/77 | | LETTER -- Teledyne dated September 15, 1977. |
| 9/23/77 | 4 | REPLY MEMORANDUM -- Defendant Teledyne w/cert. of svc. |
| 10/7/77 | | HEARING ORDER -- setting A-1 thru A-3 for hearing Oct. 28, 1977 in New York City. |
| 11/11/77 | | REQUEST FOR EXTENSION OF TIME TO CONSENT COX |
| 11/16/77 | | CONSENT OF TRANSFEREE COURT -- for Judge Manuel L Real to handle litigation in the Central District of California under 28 U.S.C. §1407 |
| 11/16/77 | | TRANSFER ORDER -- transferring A-1 and A-3 to the Central District of California for pretrial proceeding under 28 U.S.C. §1407 to Judge Manuel L. Real |

DOCKET NO. ___316___ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
INC.

CAPTION: IN RE TELEDYNE/TENDER OFFER SECURITIES LITIGATION

============================================================

Summary of Panel Actions

Date(s) of Hearing(s)  October 28, 1977 _____ _____ _____ _____

Consolidation Ordered  11/16/77 _____     Consolidation Denied _____

Opinion and/or Order  11/16/77 _____  _____  _____  _____

Citation  Unpublished _____  _____  _____  _____

Transferee District  Central District of California     Transferee Judge  Honorable Manuel L. Real

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | T.O. Yntema v. Teledyne Corp., et al. | E.D. Mich. Feikens | 672220 | 11/16/77 | CV77-4374-R | 8/14/78 | |
| A-2 | Elsie Josephs v. Teledyne, Inc., et al. | C.D.Calif Real | CV76-4066-R | | → | 12/22/77 | |
| A-3 | Milton Kline v. Teledyne Corp., et al. | W.D.Tex Suttle | SA77-CA-173 | 11/16/77 | CV77-4375-R | 9/28/78 | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 316 -- IN RE TELEDYNE, INC. TENDER OFFER SECURITIES LITIGATION

---

HENRY E. SINGLETON
GEORGE ROBERTS
J. V. JEROME
T. G. MICHOS
R. S. BELL
F. A. KAUFMAN
A. V. HOLMLUND
R. L. KIERNAN
T. A. WILSON
G. W. RUTHERFORD
L. W. KOLLEN
J. SPENCER LETTS
GEORGE KOZMETSKY
ARTHUR ROCK
C. E. SHANNON
R. C. JACKSON
William A. Masterson, Esquire
Sheppard, Mullin, Richter
  & Hampton
333 South Hope Street
48th Floor
Los Angeles, Calif.  90071

TELEDYNE, INC.
Kenneth R. Heitz, Esquire
Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, Calif.  90067

MILTON KLINE    (A-3)
Joel W. Westbrook, Esquire
Trueheart, McMillan,
  Westbrook & Hoffman
1711 National Bank of
  Commerce Building
San Antonio, Texas  78205

T. O. YNTEMA (A-1)
Michael T. Materna, Esq.
3408 Guardian Building
Detroit, Michigan  48226

ELSIE JOSEPHS (A-2)
William S. Lerach, Esquire
Milberg, Weiss, Weiss, Bershad
  & Specthrie
1720 Central Federal Tower
 225 Broadway
 San Diego, California  92101

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __316__ IN RE TELEDYNE, INC. TENDER OFFER SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| TELEDYNE CORP. | A-1  A 2  A 3 |
| HARRY SINGLETON | A 1  A 2  A 3 |
| GEORGE ROBERTS | A 1  A 2  A 3 |
| J. V. JEROME | A 1  A 3 |
| T. G. MICHOS | A 1  A 3 |
| R. S. BELL | A 1  A 3 |
| F. A. KAUFMAN | A 1  A 3 |
| A. V. HOLMUND | A 1  A 3 |
| R. L. KIERNAN | A 1 |
| GEORGE KOZMETSKY | A 1  A 2  A 3 |
| ARTHUR ROCK | A 1  A 2  A 3 |

p. _____

| | |
|---|---|
| C. E. SHANNON | A1   A2   A3 |
| R. C. JACKSON | A1   A2   A3 |
| T. A. WILSON | A1 |
| G. W. RUTHERFORD | A1   A3 |
| L. W. KILLEN | A1   A3 |
| J. S. LETTS | A1   A3 |
| | |
| | |
| | |
| | |
| | |